AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED 2011 JUL 19 P 12:52 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT

— OFFENSE CHARGED —

Title 15, United States Code, Section 1 (Price Fixing)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment.

— DEFENDANT - U.S —
▶ HOMY HONG-MING HSU

DISTRICT COURT NUMBER
**CR 11 0488**

DEFENDANT ——— SI

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   Melinda L. Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Jacklin Chou Lem, Antitrust Div

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  07/12/2011
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET

Individual: Homy Hong-Ming Hsu

<u>Maximum Penalties</u>:

1. A fine in an amount equal to the largest of:

    A. $1,000,000.00.

    B. Twice the gross pecuniary gain derived from the crime.

    C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of supervised release of at least two years but not more than three years.

4. $100 special assessment.

5. Restitution.

JACKLIN CHOU LEM (CA Bar No. 255293)
MAY LEE HEYE (CA Bar No. 209366)
E. KATE PATCHEN (NY Reg. 41204634)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. 11 0488 SI |
| v. | INDICTMENT |
| HOMY HONG-MING HSU, | VIOLATION:<br>Title 15, United States Code,<br>Section 1 (Price Fixing) |
| Defendant. | San Francisco Venue |

The Grand Jury charges:

I.

DESCRIPTION OF THE OFFENSE

1. HOMY HONG-MING HSU ("defendant") is made a defendant on the charge stated below:

2. From in or about November 2001 until in or about September 2008, the defendant and coconspirators entered into and engaged in a combination and conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of aftermarket auto lights. The combination and conspiracy engaged in by the defendant and his coconspirators was an unreasonable restraint of interstate and foreign trade and commerce in

INDICTMENT – Homy Hong-Ming Hsu – 1

violation of Section 1 of the Sherman Act (15 U.S.C. § 1). The defendant knowingly joined and participated in the charged conspiracy from as early as November 2001 until in or about September 2008.

3. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and coconspirators, the substantial terms of which were to agree to fix the prices of aftermarket auto lights.

4. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and coconspirators did those things that they combined and conspired to do, including, among other things:

(a) participated in meetings, conversations, and communications in Taiwan, the United States, and elsewhere to discuss the prices of aftermarket auto lights;

(b) agreed, during those meetings, conversations, and communications, to charge prices of aftermarket auto lights at certain predetermined levels;

(c) issued price announcements and price lists in accordance with the agreements reached;

(d) collected and exchanged information on prices and sales of aftermarket auto lights for the purpose of monitoring and enforcing adherence to the agreed-upon prices;

(e) authorized, ordered, and consented to the participation of subordinate employees in the conspiracy; and

(f) took steps to conceal the conspiracy and conspiratorial contacts, conversations, and communications through various means.

II.

DEFENDANTS AND COCONSPIRATORS

5. During the time period covered by this Indictment, defendant HOMY HONG-MING HSU was Vice Chairman of Company A, an entity organized and existing under the laws of Taiwan. During the time period covered by this Indictment, Company A was a

1 manufacturer of aftermarket auto lights sold in the United States and elsewhere.

2     6. Various corporations and individuals, not made defendants in this Indictment, participated as coconspirators in the offense charged in this Indictment and performed acts and made statements in furtherance of it.

    7. Whenever in this Indictment reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

### III.

### TRADE AND COMMERCE

    8. Aftermarket auto lights are lights incorporated into an automobile after its original sale, usually as repairs following a collision, but also as accessories and upgrades. Lighting components include items such as headlights, taillights, fog lights, turn signals, brake signals, and reflectors.

    9. During the period covered by this Indictment, Company A and coconspirators sold and distributed aftermarket auto lights in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries in which Company A and coconspirators produced aftermarket auto lights.

    10. During the period covered by this Indictment, the business activities of the defendant and coconspirators that are the subject of this Indictment were within the flow of, and substantially affected, interstate and foreign trade and commerce.

### IV.

### JURISDICTION AND VENUE

    11. The combination and conspiracy charged in this Indictment was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Indictment.

INDICTMENT – Homy Hong-Ming Hsu – 3

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

_____
Christine A. Varney
Assistant Attorney General

_____
Scott D. Hammond
Deputy Assistant Attorney General

_____
John F. Terzaken
Director of Criminal Enforcement

United States Department of Justice
Antitrust Division

Dated:
July 19, 2011

_____
T. Douglas Wilson for
Melinda L. Haag
United States Attorney
Northern District of California

_____
Phillip H. Warren
Chief, San Francisco Office

_____
Peter K. Huston
Assistant Chief, San Francisco Office

_____
Jacklin Chou Lem
May Lee Heye
E. Kate Patchen
Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660

A True Bill

_____
Foreperson

INDICTMENT – Homy Hong-Ming Hsu – 4