LAW OFFICES OF BECKY WALKER JAMES
BECKY WALKER JAMES (CA Bar # 151419)
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 492-5104
Facsimile: (310) 492-5026
E-mail: becky@walkerjameslaw.com

Attorney for Defendant
**HOMY HONG-MING HSU**

FILED
AUG 18 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOMY HONG-MING HSU,<br><br>Defendant. | Case No. CR-11-0488-RS<br><br>[PROPOSED] ORDER RE ANTICIPATED RELEASE OF DEFENDANT<br><br>Hearing Date: August 18, 2011<br>Time: 9:30 a.m.<br>Courtroom: A, 15th Floor<br>Hon. Nathanael Cousins, United States Magistrate Judge |

TO THE UNITED STATES MARSHALS SERVICE:

Defendant Homy Hong-Ming Hsu is scheduled for a bail hearing before this Court on Thursday, August 18, 2011, at 9:30 a.m. The United States Marshals Service is hereby ordered to bring defendant Hsu to that hearing ready for his release from Court following the hearing on that date.

Dated: August 17, 2011

HON. NATHANAEL COUSINS
United States Magistrate Judge

[PROPOSED] ORDER RE ANTICIPATED RELEASE OF DEFENDANT