## PROPOSED ORDER/COVER SHEET

TO: Honorable Nathanael Cousins  
U.S. Magistrate Judge

RE: HSU, Homy

FROM: Roy Saenz, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR11-0488-RS

DATE: February 28, 2012

FILED
FEB 28 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

ALLEN LEW, Supervisor  
U.S. PRETRIAL SERVICES OFFICER

415-436-7512  
TELEPHONE NUMBER

RE: LOCATION MONITORING STATUS REPORT

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)  
A.  
B.

*RF monitoring replaces GPS monitoring, as recommended by PTS.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____  _____
JUDICIAL OFFICER                    DATE  2/28/2012

Cover Sheet (02/07/2011)