JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar. No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0488 RS |
| v. | **JOINT STIPULATION FOR PRETRIAL SCHEDULING AND [PROPOSED] ORDER** |
| EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin, | |
| Defendants. | |

The United States and Defendants Eagle Eyes Traffic Industrial Co., Ltd., E-Lite Automotive Inc., and Homy Hong-Ming Hsu hereby stipulate and agree:

1. The following dates that were originally set in the Court's Order of January 19, 2012 are now vacated: the date of June 5, 2012 for a pretrial conference; the date of May 4, 2012 by which the government was to make available certain disclosures under Crim. L.R. 16(c)(1)-(4) and by which defendants were to make available certain reciprocal discovery; and the date of May 8, 2012 for a motions hearing and status conference.

2. The date that was originally set in the Court's Order of March 8, 2012 and by which the parties will attempt to file any translation-related stipulations, if any, or else lodge objections is extended from April 30, 2012 to May 30, 2012. By May 11, 2012, the government

1 will provide the defendants with revised and additional document translations.

2   3. The pretrial conference contemplated by Crim. L.R. 17.1-1(a) will be September 11, 2012, at 1:30 p.m. (13 days before the start of trial on September 24, 2012).

4   4. Defendants will make available any reciprocal discovery under Fed. R. Crim. P. 16(b)(1)(A) and (B) and the government will make available any additional disclosures under Crim. L.R. 16(c)(1)-(4) by 55 days before the start of trial, unless on that date there is a motion pending for a trial continuance. The date 55 days before a September 24 start of trial is July 31, 2012.

9   5. There will be a motions hearing 27 days before the start of trial. The date 27 days before a September 24 start of trial is August 28, 2012. The parties agree the following briefing schedule will govern pretrial motions, except for motions relating to defendant Homy Hsu's experts and motions *in limine*:

   a. On or before 28 days before the motions hearing date, the parties will file initial moving papers;

   b. On or before 14 days before the hearing date, the parties will file any opposition papers;

   c. On or before 7 days before the hearing date, the parties will file any reply papers.

19   6. Counsel for Homy Hsu will make available any expert discovery under Fed. R. Crim. P. 16(b)(1)(C) by 55 days before the start of trial. The date 55 days before a September 24 start of trial is July 31, 2012. The parties agree the following briefing schedule will govern motions relating to Homy Hsu's experts:

   a. Motions relating to Homy Hsu's experts will be heard at the motions hearing 27 days before the start of trial;

   b. No later than 21 days before the motions hearing the government will file any motions relating to Homy Hsu's experts;

2
JOINT STIPULATION FOR [~~PROPOSED~~] PRETRIAL SCHEDULING ORDER
CR11-0488 RS

    c. By 14 days before the motions hearing, Homy Hsu will file any oppositions;

    d. By 7 days before the motions hearing, the government will file any reply papers.

7. Motions *in limine* may be heard either at the motions hearing 27 days before trial or at the pretrial conference 13 days before trial.  The parties agree that the following briefing schedule will govern motions *in limine*:

    a. On or before 14 days before the hearing date, the parties will file initial moving papers;

    b. On or before 7 days before the hearing date, the parties will file any opposition papers;

    c. There will be no reply papers;

    d. As issues arise, the parties may also file bench briefs and/or motions *in limine* prior to and during trial.

8. By 7 days before the pretrial conference, the parties will meet and confer and then file with the court (1) any stipulation regarding a written jury questionnaire; (2) jury voir dire questions; (3) proposed jury verdict forms; and (4) a joint set of the primary jury instructions including of an agreed set of instructions and, in the event the parties are unable to agree to the language of a particular instruction, the parties will provide written objections and/or alternative proposed instructions.  The defense and the government may request additional and supplemental instructions prior to and during trial.

///

///

///

///

///

///

3

**JOINT STIPULATION FOR [PROPOSED] PRETRIAL SCHEDULING ORDER**
**CR11-0488 RS**

IT IS SO STIPULATED.

DATED: April 30, 2012.                                /s/
                                               JACKLIN CHOU LEM
                                               MAY LEE HEYE
                                               HOWARD J. PARKER
                                               KELSEY C. LINNETT
                                               ANNA TRYON PLETCHER
                                               Antitrust Division
                                               U.S. Department of Justice
                                               450 Golden Gate Avenue
                                               Box 36046, Room 10-0101
                                               San Francisco, CA 94102
                                               Telephone: (415) 436-6660
                                               Fax: (415) 436-6687
                                               Email: jacklin.lem@usdoj.gov
                                               Attorneys for the United States

IT IS SO STIPULATED.
DATED: April 30, 2012.                                /s/
                                               BECKY WALKER JAMES
                                               Attorney for Defendant Horny Hong-Ming Hsu

IT IS SO STIPULATED.
DATED: April 30, 2012.                                /s/
                                               KENNETH JULIAN
                                               Attorney for Defendants Eagle Eyes Traffic
                                               Industrial Co., Ltd. and E-Lite Automotive, Inc.

IT IS SO ORDERED.

DATED: __5/7_____, 2012       _____
                                               Honorable Richard Seeborg
                                               United States District Judge

4
**JOINT STIPULATION FOR [PROPOSED] PRETRIAL SCHEDULING ORDER**
**CR11-0488 RS**