JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar. No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

v.

EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin,

Defendants.

No. CR 11-0488 RS

**JOINT STIPULATION REGARDING TRANSLATIONS DISPUTE AND ~~[PROPOSED]~~ ORDER**

Status Conference Date: July 24, 2012 at 2:30 p.m.

Trial Date: September 24, 2012

Hon. Richard Seeborg
United States District Judge

The United States and Defendants Eagle Eyes Traffic Industrial Co., Ltd., E-Lite Automotive Inc., and Homy Hong-Ming Hsu hereby stipulate and agree:

1. On March 8, 2012, the Court ordered the parties to meet and confer in an effort to file any translation-related stipulations, if any, or else lodge objections by April 30, 2012. Order on Miscellaneous Pretrial Motions, Docket No. 110.

2. The date to file translation-related stipulations or to lodge objections was extended three times by joint stipulation and Court Order. Joint Stipulation for Pretrial Scheduling and Order, Docket No. 140 (extending the deadline to May 30, 2012); Joint Stipulation for Pretrial Scheduling for Translations and Order, Docket No. 147 (extending the deadline to June 18, 2012); Joint Stipulation for Pretrial Scheduling for Translations and Order, Docket No. 149 (extending the deadline to July 9, 2012).

3. The parties have been in communication regarding translations and will continue those discussions. As of July 9, 2012, however, they have not reached any agreements nor identified any specific objections regarding translations.

4. To expedite resolution of translation-related issues, the parties request a hearing before the Court on July 24, 2012 at 2:30 p.m.

5. The parties will file simultaneous briefs on July 18, 2012.

IT IS SO STIPULATED.

DATED: July 10, 2012.

/s/ Kelsey Linnett

JACKLIN CHOU LEM
MAY LEE HEYE
HOWARD J. PARKER
KELSEY C. LINNETT
ANNA TRYON PLETCHER
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Fax: (415) 436-6687
Email: jacklin.lem@usdoj.gov
Attorneys for the United States

IT IS SO STIPULATED.

DATED: July 10, 2012.

/s/
BECKY WALKER JAMES
Attorney for Defendant Horny Hong-Ming Hsu

IT IS SO STIPULATED.

DATED: July 10, 2012.

/s/
KENNETH JULIAN
Attorney for Defendants Eagle Eyes Traffic Industrial Co., Ltd. and E-Lite Automotive, Inc.

IT IS SO ORDERED.

DATED: _7/10___________, 2012

Honorable Richard Seeborg
United States District Judge