Law Offices of

# BECKY WALKER JAMES

1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
T: (310) 492-5104
F: (310) 492-5026
becky@walkerjameslaw.com

July 27, 2012

Hon. Richard Seeborg
San Francisco Courthouse, Courtroom 3 - 17th Floor
United States District Court,
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

> **Re:** ***United States of America v. Eagle Eyes Traffic Industrial Co., Ltd., et al.***
> **Case No. CR-11-0488 RS**

Dear Judge Seeborg:

This letter is provided to inform the Court of counsel for defendant Hong Ming Homy Hsu's joinder in the letter regarding scheduling and document translations separately filed by Kenneth Julian, counsel for defendants Eagle Eyes and E-Lite.

I hereby confirm our availability for trial on the dates specified by Mr. Julian in his letter or any date reasonably thereafter that is convenient for the Court.

I also concur in the other scheduling requests contained in Mr. Julian's letter. With respect to Mr. Hsu, I would specifically request that the date for disclosure of any expert discovery remain 55 days prior to the start of trial, and that any motions relating to experts be heard not later than the Pre-Trial Conference, with 28 days' notice.

Very Truly Yours,

Becky Walker James

cc:     Kenneth Julian
        Howard Parker