JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | No. CR 11-0488 RS |
|---|---|
| v. | **UNITED STATES' NOTICE OF MANUAL FILING OF ITS REPLY REGARDING CO-ONSPIRATOR STATEMENTS AND EVIDENTIARY OBJECTIONS TO GOVERNMENT MOTION** |
| EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin, | Hearing Date:  September 4, 2012<br>Trial Date:  October 29, 2012 |
| Defendants. | Hon. Richard Seeborg<br>United States District Judge |

Regarding United States' Reply Regarding Co-conspirator Statements and Evidentiary Objections to Government Motion (Filed Under Seal), this filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, the above filing will be served via Federal Express and email.  For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reasons(s):

-1-

**US' NOT. OF MANUAL FILING OF IT'S REPLY RE:  CO-CONSPIRATOR STATEMENTS AND EVIDENTIARY OBJECTIONS TO GOVERNMENT MOTION**
CR 11-0488 RS

☐  Voluminous Document (PDF file size larger than efiling system allowances).

☐  Unable to scan documents.

☐  Physical Objection (description): _____

_____

☐  Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media.

☒  Item Under Seal in Criminal Case.

☐  Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐  Other (description): _____

_____

DATED: August 28, 2012.    Respectfully submitted,


        /s/ May Lee Heye _____
        JACKLIN CHOU LEM
        MAY LEE HEYE
        HOWARD J. PARKER
        KELSEY C. LINNETT
        ANNA TRYON PLETCHER
        Antitrust Division
        U.S. Department of Justice
        450 Golden Gate Avenue
        Box 36046, Room 10-0101
        San Francisco, CA 94102
        Telephone: (415) 436-6660
        Fax: (415) 436-6687
        Email: jacklin.lem@usdoj.gov
        Attorneys for the United States

**US' NOT. OF MANUAL FILING OF IT'S REPLY RE: CO-CONSPIRATOR STATEMENTS AND EVIDENTIARY OBJECTIONS TO GOVERNMENT MOTION**
CR 11-0488 RS