JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin,<br><br>Defendants. | No. CR 11-0488 RS<br><br>**UNITED STATES' NOTICE OF SPECIFIC OBJECTIONS TO DEFENSE PROPOSED TRANSLATIONS**<br><br>Trial Date: October 29, 2012<br><br>Hon. Richard Seeborg<br>United States District Judge |

Defendants have proposed 45 translations to date. The parties have discussed and agreed to these proposed translations except for the following issues:

| Chinese | Defense Proposed Translation | Government Proposed Translation | Document(s) |
|---|---|---|---|
| 更何況<br>(gēng hé kuàng） | **Not to say**, all Long Feng's direct and indirect prices are all going according to the three parties' agreement | **Besides**, all Long Feng's direct and indirect prices are all going according to the three parties' agreement | SLDOJ-005_E (D026T) |

-1-

| Chinese | Defense Proposed Translation | Government Proposed Translation | Document(s) |
|---|---|---|---|
| 指導 (zhǐdǎo) | advise; advice | guide; guidance | EE_DOJ_00007563_E (D028T) |
| 共識 (gòngshí) | understanding | consensus | TYCC00000026_E (D020T)<br>TYCC00000092_E (D021T)<br>DAP0000205_E (D035T) |
| 合作 (hézuò) | worked together | cooperation | TYCC00000026_E (D020T) |
| 協定 (xiédìng) | discussion | agreement | TYCC00000092_E (D021T)<br>TYCC00000333_E (D025T) |
| 協定 (xiédìng) | negotiation | agreement | TYCC00000092_E (D021T)<br>EE-0000006_E (D024T)<br>TYCC00000333_E (D025T) |
| 基本的價格協議 (jīběn de jiàgé xiéyì) | general price understanding | basic price agreement | TYCC00000026_E (D020T) |
| 協議 (xiéyì) | discussion | agreement | TYCC00000092_E (D021T)<br>TYCC00000033_E (D004T)<br>DAP0002377_E (D041T) |
| 協議的價格結構 (xiéyì de Jiàgé Jiégòu) | make-up of the prices negotiated | agreed price structure | TYCC00000026_E (D020T) |

| Chinese | Defense Proposed Translation | Government Proposed Translation | Document(s) |
|---|---|---|---|
| 約定 (yuēdìng) | arranged | agreed | TYCC00000026_E (D020T) |
| 統一 (tǒng yī) | integrating | unifying | DAP0000244_E (D036T) |
| verb tense | TYC, Depo, Eagle Eyes **to sign** negotiation conclusion<br><br>TYC and Depo price difference **will be** 5%-8%<br><br>The basic price difference between have-warehouse in US and not-have-warehouse in US **will be** 15%...<br><br>TYC and Eagle Eyes price difference **will be** 20%-25% | TYC, Depo, Eagle Eyes **sign** negotiation conclusion<br><br>TYC and Depo price difference 5%-8%<br><br>The basic price difference between have-warehouse in US and not-have-warehouse in US15%...<br><br>TYC and Eagle Eyes price difference 20%-25% | DAP0002213_E (D013T) |
| 總經理 (zǒng jīnglǐ) | Chairman [Shiu-Min Hsu] | President | DAP0002134_E (D022T)<br>DAP0002143_E (D037T) |
| 許總經理 (xǔ zǒng jīnglǐ) | Chairman [Shiu-Min] Hsu | President Hsu | DAP0002139_E (D023T)<br>EE-0000006_E (D024T)<br>TYCC00000333_E (D025T)<br>DAP0002143_T (D037T)<br>DAP0000290 E (D045T) |
| 總經理 (zǒng jīnglǐ) | President [Hsia] | President | TYCC00000092_E (D021T) |
| 總經理 (zǒng jīnglǐ) | President [Ho] | President | EE-0000006_E (D024T)<br>TYCC00000333_E (D025T) |

1. In addition, the parties are working through various typos, missing text, or other minor discrepancies in the following defense translations:

   1. EE_DOJ_00004171_E (D005T)
   2. DAP0057194_E (D016T)
   3. DAP0002211_E (D030T)
   4. DAP0000205_E (D035T)
   5. DAP0000282_E (D038T)
   6. EE_DOJ_00004088_E (D039T)
   7. TYCC00072309_E (D042T)
   8. DAP0000247_E (D043T)
   9. DAP0000290_E (D045T)

Finally, defense counsel has informed the government that they have additional translations to propose. The parties intend to continue meeting and conferring at least weekly regarding translations. To the extent the government objects to additional translations the defense proposes, the government will notify the Court with supplemental filings.

DATED: September 12, 2012.                    Respectfully submitted,

　
 /s/ Kelsey C. Linnett
JACKLIN CHOU LEM
MAY LEE HEYE
HOWARD J. PARKER
KELSEY C. LINNETT
ANNA TRYON PLETCHER
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Fax: (415) 436-6687
Email: jacklin.lem@usdoj.gov
Attorneys for the United States