LAW OFFICES OF BECKY WALKER JAMES
BECKY WALKER JAMES (CA Bar # 151419)
E-mail: becky@walkerjameslaw.com
KATHRYN LOHMEYER (CA Bar # 240291)
E-mail: kathryn.lohmeyer@walkerjameslaw.com
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 492-5104
Facsimile: (310) 492-5026

Attorneys for Defendant
**HOMY HONG-MING HSU**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE EYES INDUSTRIAL TRAFFIC CO., LTD., E-LITE AUTOMOTIVE, INC., HOMY HONG-MING HSU, and YU-CHU LIN, aka David Lin,<br><br>Defendants. | Case No. CR-11-0488-RS<br><br>**DEFENDANT HOMY HONG MING HSU'S STATEMENT REGARDING UNDER SEAL FILING OF HIS OPPOSITION TO THE GOVERNMENT'S MOTION REGARDING COCONSPIRATOR STATEMENTS** |

Pursuant to the Court's request that the parties file statements regarding their positions on whether and to what extent their filings in connection with the Government's Motion Regarding Coconspirator Statements should be filed under seal, Defendant Homy Hong Ming Hsu hereby withdraws his August 21, 2012 motion to file under seal his Opposition to the Government's Motion Regarding Coconspirator Statement (docket no. 184).

The government originally requested that its motion and the documents filed in support thereof be filed under seal because they contain confidential information under Fed. R. Crim. P. 6(e) that has been designated as "Confidential Material" pursuant to the Stipulated Interim Protective Order entered in this case on December 28, 2011 (Docket No. 41). Mr. Hsu's request

to have his opposition to the government's motion filed under seal was based solely on the fact that his opposition references matters contained in the government's motion.

Presently, based on the meet and confer process, counsel for Mr. Hsu understands that the government will not be seeking to have its motion maintained under seal. Accordingly, Mr. Hsu withdraws his motion to seal his Opposition to the Government's Motion Regarding Coconspirator Statements.

Dated: September 18, 2012     /s/Becky Walker James_____
BECKY WALKER JAMES
Law Offices of Becky Walker James

Attorney for Defendant Homy Hsu

2

**DEFENDANT HOMY HONG-MING HSU'S STATEMENT RE UNDER SEAL FILING OF OPPOSITION TO THE GOVERNMENT'S MOTION RE COCONSPIRATOR STATEMENTS**