1  LAW OFFICES OF BECKY WALKER JAMES
   BECKY WALKER JAMES (CA Bar # 151419)
2  KATHRYN A. LOHMEYER (CA Bar # 240291)
   1990 South Bundy Drive, Suite 705
3  Los Angeles, California 90025
   Telephone: (310) 492-5104
4  Facsimile: (310) 492-5026
   E-mail: becky@walkerjameslaw.com
5
6  Attorney for Defendant
   **HOMY HONG-MING HSU**
7
8                   UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11

|  |  |
|---|---|
| 12  UNITED STATES OF AMERICA, | Case No.  CR-11-0488-RS |
| 13  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| 14  v. | Hon. Nathanael Cousins, United States Magistrate Judge |
| 15  HOMY HONG-MING HSU, |  |
| 16  Defendant. |  |

17

18      Plaintiff United States of America, by and through its counsel of record, and

19  defendant Homy Hsu ("Mr. Hsu"), by and through his counsel of record, hereby

20  stipulate and request an order from the Court modifying the conditions of Mr. Hsu's

21  pretrial release as follows:

22      The parties agree and request that the condition of pretrial release restricting

23  Mr. Hsu's travel to the Northern District of California be modified for the limited

24  purpose of allowing Mr. Hsu to travel to Las Vegas, Nevada, between October 28,

25  2012 and November 4, 2012.  The purpose of this travel is so that Mr. Hsu can

26  attend the SEMA trade show, which is a very important trade show in the auto parts

27  industry.  It is stipulated and agreed that Mr. Hsu will not travel outside the District

28

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

of Nevada except as necessary to travel between the Northern District of California and the District of Nevada. The location monitoring and curfew restrictions of Mr. Hsu's pretrial release will be suspended during this travel.

Counsel for Mr. Hsu has attempted to consult with Supervising Pretrial Services Officer Allen Lew, who has agreed in the past to similar modifications to permit out-of-district travel, subject to the conditions set forth above. However, counsel is informed that Officer Lew is out of the office until Thursday, October 18, 2012. This request is made prior to Supervising Pretrial Services Officer Lew's return to the office in order to facilitate Mr. Hsu's travel planning and to permit the Court sufficient time to review this request in advance of Mr. Hsu's desired travel dates.

IT IS SO STIPULATED.

Dated:      October 16, 2012

JACKLIN CHOU LEM
HOWARD J. PARKER
Antitrust Division
U.S. Department of Justice

Attorneys for Plaintiff United States

Dated:      October 16, 2012

/s/Becky Walker James
BECKY WALKER JAMES
Law Offices of Becky Walker James

Attorney for Defendant Homy Hsu

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:      10/16/12

HON. NATHANAEL COUSINS RICHARD SEEBORG
United States Magistrate Judge
District

2

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE