JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar. No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660
Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin,<br><br>Defendants. | No. CR 11-0488 RS<br><br>**DECLARATION OF JACKLIN CHOU LEM IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM RE HOMY HONG-MING HSU, ATTACHING EXHIBITS A-Z, AA-UU, WW-ZZ, AAA-BBB**<br><br>**<u>EXHIBITS A, B, II, WW, YY, ZZ SUBMITTED UNDER SEAL, EITHER IN WHOLE OR IN PART</u>**<br><br>Sentencing Date: **January 22, 2013**<br>Time: 2:30 p.m.<br>Place: Rm. 3, 17th Floor<br><br>Hon. Richard Seeborg<br>United States District Judge |

-1-

I, Jacklin Chou Lem, declare as follows:

1.     I am a Trial Attorney for the San Francisco Office of the United States Department of Justice's Antitrust Division and am admitted to practice in the State of California and before this Court.  I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the facts set forth in this declaration.

2.     I make this declaration in support of the United States' Sentencing Memorandum Re Homy Hong-Ming Hsu.

3.     I was present at a meeting with Homy Hsu's former counsel, Tom Carlucci, on May 27, 2010 to discuss a possible plea agreement, and I have reviewed notes taken during that meeting.  During the meeting, Mr. Carlucci represented that Homy Hsu had the option to stay in Taiwan instead of entering into a plea agreement.  Mr. Carlucci also stated that the U.S. government would not be able to extradite Mr. Hsu from Taiwan, and that Mr. Hsu understood that if he were indicted, he would be unable to travel outside Taiwan.  Mr. Carlucci further stated that Mr. Hsu is close to retirement age, has no ties to the United States, and lives with his wife and children in Taiwan.  Mr. Carlucci stated that Mr. Hsu would be financially able to stay in Taiwan at home with his wife and family even without his job at Eagle Eyes.

4.     Attached hereto as Exhibit A, previously submitted to the Probation Office as Exhibit 21, is a true and correct copy of an FBI law enforcement report dated July 13, 2011. **Portions of Exhibit A have been submitted under seal.**

5.     Attached hereto as Exhibit B, previously submitted to the Probation Office as Exhibit 22, is a true and correct copy of a law enforcement report.  **Portions of Exhibit B have been submitted under seal.**

6.     Attached hereto as Exhibit C, previously submitted to the Probation Office as Exhibit 23, is a Chinese original and English translation of a true and correct copy of a meeting minute, bates-numbered EE-0000024 and EE-0000024_E.

7.     Attached hereto as Exhibit D, previously submitted to the Probation Office as Exhibit 24, is a Chinese original and English translation of a true and correct copy of a facsimile dated September 5, 2001, bates-numbered TYCC00000343-44 and TYCC00000343_E-44_E.

LEM DECL. ISO U.S.' SENTENCING MEMORANDUM RE HOMY HONG-MING HSU
CR 11-0488 RS

8.    Attached hereto as Exhibit E, previously submitted to the Probation Office as Exhibit 25, is a Chinese original and English translation of a true and correct copy of a meeting minute dated September 15, 2001, bates-numbered EE-0000026 and EE-0000026_E.

9.    Attached hereto as Exhibit F, previously submitted to the Probation Office as Exhibit 26, is a Chinese original and English translation of a true and correct copy of a meeting minute dated November 21, 2001, bates-numbered TYCC00000349 and TYCC00000349_E.

10.    Attached hereto as Exhibit G, previously submitted to the Probation Office as Exhibit 27, is a Chinese original and English translation of a true and correct copy of a business trip report dated August 5, 2003 bates-numbered EE-0000028-29 and EE-0000028_E-29_E.

11.    Attached hereto as Exhibit H, previously submitted to the Probation Office as Exhibit 28, is a Chinese original and English translation of a true and correct copy of a meeting minute dated September 26, 2003, bates-numbered EE-0000030 and EE-0000030_E.

12.    Attached hereto as Exhibit I, previously submitted to the Probation Office as Exhibit 29, is a Chinese original and English translation of a true and correct copy of a meeting minute dated November 5, 2003, bates-numbered EE-0000031 and EE-0000031_E.

13.    Attached hereto as Exhibit J, previously submitted to the Probation Office as Exhibit 30, is a Chinese original and English translation of a true and correct copy of an email attaching a meeting minute dated July 29, 2004, bates-numbered TYCC00037064-66 and TYCC00037064_S-66_S.

14.    Attached hereto as Exhibit K, previously submitted to the Probation Office as Exhibit 31, is a Chinese original and English translation of a true and correct copy of a meeting minute, bates-numbered EE-0000039 and EE-0000039_E.

15.    Attached hereto as Exhibit L, previously submitted to the Probation Office as Exhibit 32, is a Chinese original and English translation of a true and correct copy of a meeting agenda dated September 3, 2005, bates-numbered EE-0000040 and EE-0000040_E.

16.    Attached hereto as Exhibit M, previously submitted to the Probation Office as Exhibit 33, is a Chinese original and English translation of a true and correct copy of a meeting minute dated September 3, 2005, bates-numbered EE-0000042-43 and EE-0000042_E-43_E.

LEM DECL. ISO U.S.' SENTENCING MEMORANDUM RE HOMY HONG-MING HSU
CR 11-0488 RS

17.    Attached hereto as Exhibit N, previously submitted to the Probation Office as Exhibit 34, is a Chinese original and English translation of a true and correct copy of a meeting agenda dated March 2, 2006, bates-numbered TYCC00000190-191and TYCC00000190_E-191_E.

18.    Attached hereto as Exhibit O, previously submitted to the Probation Office as Exhibit 35, is a Chinese original and English translation of a true and correct copy of a meeting agenda dated July 5, 2006, bates-numbered TYCC00000184 and TYCC00000184_E.

19.    Attached hereto as Exhibit P, previously submitted to the Probation Office as Exhibit 36, is a Chinese original and English translation of a true and correct copy of a meeting minute dated February 2, 2008, bates-numbered EE-0000048-50 and EE-0000048_E-50_E.

20.    Attached hereto as Exhibit Q, previously submitted to the Probation Office as Exhibit 37, is a Chinese original and English translation of a true and correct copy of a meeting minute dated February 14, 2008, bates-numbered EE-0000051and EE-0000051_S.

21.    Attached hereto as Exhibit R, previously submitted to the Probation Office as Exhibit 38, is a Chinese original and English translation of a true and correct copy of a meeting minute dated March 19, 2008, bates-numbered EE-0000052 and EE-0000052_E.

22.    Attached hereto as Exhibit S, previously submitted to the Probation Office as Exhibit 39, is a Chinese original and English translation of a true and correct copy of a meeting agenda dated June 6, 2008, bates-numbered EE-0000055, and EE-0000055_E.

23.    Attached hereto as Exhibit T, previously submitted to the Probation Office as Exhibit 40, is a Chinese original and English translation of a true and correct copy of a meeting agenda dated June 6, 2008, bates-numbered EE-0000061-63 and EE-0000061_E-63_E.

24.    Attached hereto as Exhibit U, previously submitted to the Probation Office as Exhibit 41, is a Chinese original and English translation of a true and correct copy of a meeting agenda dated June 12, 2008, bates-numbered EE-0000064 and EE-0000064_S.

25.    Attached hereto as Exhibit V, previously submitted to the Probation Office as Exhibit 43, is a Chinese original and English translation of a true and correct copy of an email

LEM DECL. ISO U.S.' SENTENCING MEMORANDUM RE HOMY HONG-MING HSU
CR 11-0488 RS

dated October 6, 2005, bates-numbered EE_DOJ_00003073.001-74.029 and EE_DOJ_00003073.001_S-74.029_S.

26.     Attached hereto as Exhibit W, previously submitted to the Probation Office as Exhibit 44, is a Chinese original and English translation of a true and correct copy of an email dated April 13, 2007, bates-numbered EE_DOJ_00003083-84 and EE_DOJ_00003083_S-84_S.

27.     Attached hereto as Exhibit X, previously submitted to the Probation Office as Exhibit 46, is a Chinese original and English translation of a true and correct copy of an email attaching a meeting agenda dated June 6, 2008, bates-numbered EE_DOJ_00003375.001-376 and EE_DOJ_00003375.001_E-376_E.

28.     Attached hereto as Exhibit Y, previously submitted to the Probation Office as Exhibit 47, is a Chinese original and English translation of a true and correct copy of an email dated June 5, 2008, bates-numbered EE_DOJ_00003342-343 and EE_DOJ_00003342_S-343_S.

29.     Attached hereto as Exhibit Z, previously submitted to the Probation Office as Exhibit 48, is an English-language transcript of an audio recording dated June 6, 2008, bates-numbered EE_DOJ_00002962_T.

30.     Attached hereto as Exhibit AA, previously submitted to the Probation Office as Exhibit 49, is an English-language transcript of an audio recording dated June 6, 2008, bates-numbered EE_DOJ_00002963_T.

31.     Attached hereto as Exhibit BB, previously submitted to the Probation Office as Exhibit 50, is an English-language transcript of an audio recording dated June 6, 2008, bates-numbered EE_DOJ_00002964_T.

32.     Attached hereto as Exhibit CC, previously submitted to the Probation Office as Exhibit 51, is an English-language transcript of an audio recording dated June 6, 2008, bates-numbered EE_DOJ_00003382_T.

33.     Attached hereto as Exhibit DD, previously submitted to the Probation Office as Exhibit 52, is an English-language transcript of an audio recording dated June 12, 2008, bates-numbered EE_DOJ_00002958_T.

LEM DECL. ISO U.S.' SENTENCING MEMORANDUM RE HOMY HONG-MING HSU
CR 11-0488 RS

34.     Attached hereto as Exhibit EE, previously submitted to the Probation Office as Exhibit 53, is a Chinese original and English translation of a true and correct copy of an Eagle Eyes organizational chart, bates-numbered EE_DOJ_0000791 and EE_DOJ_0000791_E.

35.     Attached hereto as Exhibit FF, previously submitted to the Probation Office as Exhibit 54, is a Chinese original and English translation of a true and correct copy of handwritten notes titled "New Price Rules", bates-numbered EE-0000085-86 and EE-0000085_S-86 _S.

36.     Attached hereto as Exhibit GG, previously submitted to the Probation Office as Exhibit 55, is a true and correct copy of an email dated September 18, 2003, bates-numbered EE_DOJ_00003358-59.

37.     Attached hereto as Exhibit HH, previously submitted to the Probation Office as Exhibit 56, is a Chinese original and English translation of a true and correct copy of a letter from Homy Hsu, bates-numbered EE-0000003-04 and EE-0000003_E-04_E.

38.     Attached hereto as Exhibit II, previously submitted to the Probation Office as Exhibit 58, is a true and correct copy of a handwriting exemplar taken from Homy Hsu dated September 11, 2012, bates-numbered AL_DOJ_0808910-922. **Portions of Exhibit II have been submitted under seal.**

39.     Attached hereto as Exhibit JJ, previously submitted to the Probation Office as Exhibit 90, is a true and correct copy of a memorandum of a proffer given by attorneys for Eagle Eyes on May 28, 2009, bates numbered AL_DOJ_000423-36.

40.     Attached hereto as Exhibit KK, previously submitted to the Probation Office as Exhibit 91, is a true and correct copy of a memorandum of an interview conducted by the government of Drue Hsia on December 9, 2009, bates numbered AL_DOJ_000001-30.

41.     Attached hereto as Exhibit LL, previously submitted to the Probation Office as Exhibit 92, is a true and correct copy of a memorandum of an interview conducted by the government of Orian Chang on October 21, 2010, bates numbered AL_DOJ_000116-124.

42.     Attached hereto as Exhibit MM, previously submitted to the Probation Office as Exhibit 93, is a true and correct copy of a memorandum of an interview conducted by the government of Orian Chang on October 25, 2010, bates numbered AL_DOJ_000125-137.

-6-

43.     Attached hereto as Exhibit NN, previously submitted to the Probation Office as Exhibit 94, is a true and correct copy of a memorandum of an interview conducted by the government of Orian Chang on December 7, 2011, bates numbered AL_DOJ_000994-997.

44.     Attached hereto as Exhibit OO, previously submitted to the Probation Office as Exhibit 95, is a true and correct copy of a memorandum of an interview conducted by the government of Janet Chu on July 23, 2010, bates numbered AL_DOJ_000098-115.

45.     Attached hereto as Exhibit PP, previously submitted to the Probation Office as Exhibit 96, is a true and correct copy of a memorandum of an interview conducted by the government of Chairman Shiu-Min Hsu on December 8, 2011, bates numbered AL_DOJ_000998-1000.

46.     Attached hereto as Exhibit QQ, previously submitted to the Probation Office as Exhibit 97, is a true and correct copy of a memorandum of an interview conducted by the government of Polo Hsu on December 3, 2010, bates numbered AL_DOJ_000178-196.

47.     Attached hereto as Exhibit RR, previously submitted to the Probation Office as Exhibit 99, is a true and correct copy of a memorandum of an interview conducted by the government of Johnson Tsai on December 23, 2011, bates numbered AL_DOJ_001014 -1023.

48.     Attached hereto as Exhibit SS, previously submitted to the Probation Office as Exhibit 100, is a true and correct copy of a memorandum of an interview conducted by the government of Andrew Chen on December 10, 2010, bates numbered AL_DOJ_000197 -224.

49.     Attached hereto as Exhibit TT, previously submitted to the Probation Office as Exhibit 101, is a true and correct copy of a memorandum of an interview conducted by the government of Vincent Chou on November 4, 2011, bates numbered AL_DOJ_000978 -981.

50.     Attached hereto as Exhibit UU, previously submitted to the Probation Office as Exhibit 116, is a true and correct copy of the Declaration of Christopher Ries regarding the volume of affected commerce, dated October 10, 2012.

51.     Exhibit VV is left intentionally blank.

52.     Attached hereto as Exhibit WW, previously submitted to the Probation Office as Exhibit 118, is a true and correct copy of an FBI 302 regarding the interview of Vincent Chou on May 5, 2011.  **Portions of Exhibit WW have been submitted under seal.**

53.     Attached hereto as Exhibit XX, previously submitted to the Probation Office as Exhibit 119, is a true and correct copy of a memorandum of an interview conducted by the government of Vincent Chou on July 28, 2011, bates numbered AL_DOJ_000923-927.

54.     Attached hereto as Exhibit YY, previously submitted to the Probation Office as Exhibit 120, is a true and correct copy of a narrative response by Eagle Eyes and E-Lite to a grand jury subpoena, bates numbered ELT-HC-00000001 and ELT-HC-00000009.  **Exhibit YY has been submitted under seal in its entirety.**

55.     Attached hereto as Exhibit ZZ, previously submitted to the Probation Office as Exhibit 121, is a true and correct copy of a narrative response, dated February 8, 2011, by Eagle Eyes and E-Lite to a grand jury subpoena.  **Exhibit ZZ has been submitted under seal in its entirety.**

56.     Attached hereto as Exhibit AAA, previously submitted to the Probation Office as Exhibit 122, is a true and correct copy of a memorandum of an interview conducted by the government of Andrew Chen on December 5, 2011, bates numbered AL_DOJ_000990-993.

57.     Attached hereto as Exhibit BBB, is a true and correct copy of an email and its attachment dated July 29, 2008, bates-numbered EE_DOJ_0003098.001-99.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Signed on January 15, 2012, in San Francisco, California.


Respectfully submitted,


/s/ Jacklin Chou Lem
Jacklin Chou Lem
Trial Attorney
Antitrust Division

-8-