JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | No. CR 11-0488 RS |
|---|---|
| v. | **UNITED STATES' NOTICE OF MANUAL FILING** |
| EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD.; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, aka David Lin, | Sentencing Date: **January 22, 2013**<br>Time: 2:30 p.m.<br>Place: Rm. 3, 17th Floor |
| Defendants. | Hon. Richard Seeborg<br>United States District Judge |

Regarding the following documents:

- Exhibits A-Z, AA-UU, WW-ZZ, and AAA-BBB attached to the Declaration of Jacklin Chou Lem ISO United States' Sentencing Memorandum re Homy Hong-Ming Hsu (Voluminous Documents)

- Exhibits A, B, II, WW, YY, ZZ attached to Declaration of Jacklin Chou Lem ISO United States' Sentencing Memorandum re Homy Hong-Ming Hsu (Items Under Seal in Criminal Case)

-1-

UNITED STATES' NOTICE OF MANUAL FILING
CR 11-0488 RS

These filings are in paper or physical form only and are being maintained in the case file in the Clerk's office. If you are a participant on this case, the above filing will be served via Federal Express. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reasons(s):

- ☒ Voluminous Document (PDF file size larger than efiling system allowances).
- ☐ Unable to scan documents.
- ☐ Physical Object (description): _____
- ☐ Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media.
- ☒ Items Under Seal in Criminal Case.
- ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).
- ☐ Other (description): _____

DATED: January 15, 2013.                Respectfully submitted,

/s/ Jacklin Chou Lem
JACKLIN CHOU LEM
MAY LEE HEYE
HOWARD J. PARKER
KELSEY C. LINNETT
ANNA TRYON PLETCHER
Attorneys for the United States

-2-

UNITED STATES' NOTICE OF MANUAL FILING
CR 11-0488 RS